IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALFONSO RIVERA-GUADIANA                                                PETITIONER

VERSUS                                       CIVIL ACTION NO. 1:12cv395-HSO-RHW

RON KING and JIM HOOD                                                  RESPONDENT

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [16] of Magistrate Judge Robert H. Walker, entered in this civil action on October 8, 2013.  The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [16], the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 8th day of December, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE